UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 DEC 12 PM 4:28
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

**PIERRE Q. PULLINS**

Plaintiff,

vs.

~~WALMART E COMMERCE~~
**WAL-MART STORES EAST, LP**

Defendant.

Cause No.

**1:18-cv-3912 JMS-TAB**

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant **Wal-Mart Stores East LP** for discrimination as set forth below.

Plaintiff __X__ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address

**Pierre Q. Pullins**
**6120 Westlake Dr N. Apt B**
**Indpls, IN 46224**
**317 797 7190**

Defendant's Name and Address

**Wal-Mart Stores East, LP**
**702 SW 8th Street**
**Bentonville, AR 72716-6209**
**479-273-4941**

### II. JURISDICTION

1. This complaint is brought pursuant to:

   __✓__ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

   _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2. Plaintiff __✓__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _September 14 or 15, 2018_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The Defendant "Walmart" discriminated against the Plaintiff, Pullins, in retaliation for filing a prior EEOC charge and denied Pullins a maintenance position

## IV. FACTS IN SUPPORT OF COMPLAINT

Pullins, a current employee, tested for a maintenance position on November 1, 2017. Pullins passed the test and was then scheduled for an interview on November 8, 2017 with the Operations Maintenance Manager(s). Pullins interviewed and was told he'd hear something in about a week.

P2P

Pullins wasn't told about the denial until Wednesday, January 10, 2018, forty-eight hours before he was scheduled to give an affidavit at the local National Labor Relations Board, another federal agency Pullins had filed a retaliation complaint with. Pullins also believes and alledges that Walmart conspired with the EEOC and NLRB to undermine and defeat his retaliation claims.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

A finding against Walmart for employment discrimination and retaliation, Award lost wages in pay and overtime, training, and any other relief the court deems appropriate

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 12 day of December, 2018

_____
(Signature of Plaintiff)